```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 14834
   LAURENTENE E MARTIN
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK
       Debtor
   SSN XXX-XX-3478


----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 06/10/08 .

   2.  The case was dismissed without confirmation, 10/31/2008.

   3.  The Debtor paid a total of $   3390.00 .

   4.  The Trustee made disbursements to creditors as follows:


----------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
----------------------------------------------------------------------
REGIONS MORTGAGE         CURRENT MORTG         .00           .00             .00
REGIONS MORTGAGE         MORTGAGE ARRE   NOT FILED           .00             .00
CITIZENS BANK            SECURED VEHIC         .00           .00         1316.84
CAPITAL ONE BANK         UNSECURED       NOT FILED           .00             .00
CHASE BANK USA           UNSECURED       NOT FILED           .00             .00
CITIBANK                 UNSECURED       NOT FILED           .00             .00
DISCOVER BANK            UNSECURED       NOT FILED           .00             .00
MERRICK BANK             UNSECURED       NOT FILED           .00             .00
NICOR GAS                UNSECURED       NOT FILED           .00             .00
WELLS FARGO FINANCIAL    UNSECURED       NOT FILED           .00             .00
       Summary of disbursements:
----------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED     OTHER        TOTAL
----------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00          .00          .00        .00          .00
PRINCIPAL PAID      1316.84          .00          .00        .00      1316.84
INTEREST PAID           .00          .00          .00        .00          .00
TOTAL PAID          1316.84          .00          .00        .00      1316.84
The Debtor's attorney, LEGAL HELPERS PC              , was allowed $   3500.00
and was paid $   675.00  direct and $   1888.25 through the plan.

The Trustee received $    184.91 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

Dated: 02/10/09                    /s/
                          GLENN STEARNS
                          CHAPTER 13 TRUSTEE




                              PAGE   2
           CASE NO. 08 B 14834 LAURENTENE E MARTIN